# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY LUGO IBARRA, | 1:10-cv-1809-LJO-DLB (HC) |
| Petitioner, | ORDER DENYING PETITIONER'S MOTION TO EXPEDITE EXHAUSTION OF STATE COURT REMEDIES |
| v. | |
| ANTHONY HEDGPETH, | [Doc. 41] |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On June 16, 2011, the Court granted Petitioner's request to stay the petition pending his return to state court to exhaust the state court remedies.

On August 10, 2012, Petitioner filed a motion to expedite the state court proceedings. Petitioner contends his state court petition should have been decided on July 18, 2012, but he is still awaiting a disposition. Petitioner is advised that this Court has no jurisdiction to direct the state court to issue a decision on a pending case. Accordingly, Petitioner's motion to expedite is DENIED.

IT IS SO ORDERED.

Dated: **November 1, 2012**         /s/ **Dennis L. Beck**
                                                    UNITED STATES MAGISTRATE JUDGE