# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY LUGO IBARRA,<br><br>    Petitioner,<br><br>    v.<br><br>ANTHONY HEDGPETH,<br><br>    Respondent.<br>_____/ | 1:10-cv-1809-LJO-DLB (HC)<br><br>ORDER DENYING PETITIONER'S MOTION TO EXPEDITE EXHAUSTION OF STATE COURT REMEDIES<br><br>[Doc. 41] |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On June 16, 2011, the Court granted Petitioner's request to stay the petition pending his return to state court to exhaust the state court remedies.

    On August 10, 2012, Petitioner filed a motion to expedite the state court proceedings. Petitioner contends his state court petition should have been decided on July 18, 2012, but he is still awaiting a disposition. Petitioner is advised that this Court has no jurisdiction to direct the state court to issue a decision on a pending case. Accordingly, Petitioner's motion to expedite is DENIED.

    IT IS SO ORDERED.

Dated:   November 1, 2012                       /s/ Dennis L. Beck
                                                                      UNITED STATES MAGISTRATE JUDGE