IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY LUGO IBARRA, IV,<br><br>  Petitioner,<br><br>  vs.<br><br>ANTHONY HEDGPETH,<br><br>  Respondent.<br>_____/ | 1:10-cv-01809 LJO SAB  (HC)<br><br>ORDER REGARDING RESPONDENT'S SECOND MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS<br><br>(DOCUMENT #64)<br><br>THIRTY DAY DEADLINE |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.

On January 16, 2013, the court order Respondent to file a response to the first amended petition.

On February 22, 2013, Petitioner filed a motion to amend the petition, along with second amended petition which was lodged by the court.

On March 12, 2013, Respondent filed an opposition to the motion to amend.[1]

On April 9, 2013, the court granted Petitioner thirty days within which to file a reply to Respondent's opposition.

////

---

[1] On March 18, 2013, Respondent filed a motion for an extension of time to file a response to the petition, which was granted on March 21, 2013.

On April 15, 2013, Respondent filed a motion to extend time to file Response to Petition for Writ of Habeas Corpus, along with a request to vacate the court's January 16, 2013, order to respond.

Good cause having been presented to the court,

IT IS HEREBY ORDERED that Respondent is relieved of filing a response to the first amended petition until the court has resolved the pending motion to amend, at which time the court will further direct a response to the relevant petition.


IT IS SO ORDERED.

    **Dated:**   **April 23, 2013**

UNITED STATES MAGISTRATE JUDGE