IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY LUGO IBARRA, IV, | 1:10-cv-01809-LJO-SAB (HC) |
|     Petitioner, | ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO AMENDED PETITION |
| vs. | |
| ANTHONY HEDGPETH, | (ECF No. 70) |
|     Respondent. | THIRTY DAY DEADLINE |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.

On July 22, 2013, Respondent filed a motion to extend time to file a response to amended petition.

Good cause having been presented to the court,

IT IS HEREBY ORDERED that Respondent is granted thirty days from the date of service of this order in which to file a response to amended petition.

IT IS SO ORDERED.

Dated: July 25, 2013

UNITED STATES MAGISTRATE JUDGE