# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JOHNNY LUGO IBARRA, IV, | Case No. 1:10-cv-01089-LJO-SAB-HC |
|---|---|
| Petitioner, | ORDER GRANTING PETITIONER'S FIFTH MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE |
| v. | [ECF NO. 90] |
| ANTHONY HEDGPETH, | [THIRTY DAY DEADLINE] |
| Respondent. | ORDER GRANTING PETITIONER'S MOTION TO EXCEED PAGE LIMITS |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.

On February 18, 2014, Petitioner filed his fifth motion to extend time to file a traverse to Respondent's answer. Petitioner states he has experienced lockdowns preventing access to the law library due to contractors installing cell-phone jammers at the institution. He also states he has not been able to access the library due to the holidays and the prison being short of staff. Further, he states the library was given new computers and has transitioned from Westlaw to Lexis-Nexis. He states he has had to learn the new system and this has caused additional delay. With the exception of the transition from Westlaw to Lexis-Nexis, the reasons provided are the same reasons Petitioner set forth in the previous request for an extension.

The answer was filed on August 23, 2013. With an additional thirty day extension, Petitioner will have had over seven (7) months to file a traverse. This is more than ample time to

prepare a traverse.  For the reasons Petitioner has provided in his motion, the Court will grant one further extension.  However, no additional requests will be granted absent extraordinary circumstances above and beyond library lockdowns, holidays, staff shortages, computer problems, and such other routinely-occurring incidents of prison life.

Petitioner has also filed a motion to exceed page limits. Petitioner states the legal issues are complex and he has had to seek assistance from several fellow inmates.  Good cause having been presented to the Court, his request to exceed page limits is granted.

Accordingly, IT IS HEREBY ORDERED:

1)  Petitioner is GRANTED an extension of time of thirty (30) days from the date of service of this Order.  However, Petitioner is cautioned that **no further requests will be granted absent a showing of extraordinary circumstances.**

2)  Petitioner's request to exceed page limits is GRANTED.

IT IS SO ORDERED.

Dated: **February 24, 2014**

UNITED STATES MAGISTRATE JUDGE

2